UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:22-CV-249

RONNIE PATTERSON,

 Plaintiff,

v.

LOWELL GRIFFIN, in his official capacity as Henderson County Sheriff; BRENT NICHOLSON, in his official capacity as a deputy for the Henderson County Sheriff's Office.

 Defendants

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(c)**
**[Federal Question]**

Defendant Lowell S. Griffin ("Griffin") in his official capacity as Henderson County Sherriff ("Defendant"), hereby files a Notice of Removal of this action from the North Carolina General Court of Justice, Superior Court Division, Henderson County, to the United States District Court for the Western District of North Carolina, Asheville Division, pursuant to 28 U.S.C. § 1441(c). In support of this removal, Defendant states the following:

 1. On May 23, 2022, Plaintiff filed a Complaint in Henderson County Superior Court entitled *Ronald L. Patterson v. Lowell Griffin in his official capacity as Henderson County Sheriff and Brent Nicholson in his official capacity as a deputy for the Henderson County Sheriff's Office*, in Case No. 22 CVS 806 (the "State Court Action"). Copies of the Summons, Complaint, and Service of Process documentation, are collectively attached

hereto as **Exhibit A**. These documents constitute all "process, pleadings, and orders" served upon Defendant in the State Court Action as required by 28 U.S.C. § 1446(a).

2. Defendant Lowell Griffin was served on October 31, 2022 and his response to the Complaint is due on November 30, 2022. Brent Nicholson has not been served.

3. Accordingly, this Notice of Removal has been filed within thirty days of service of Plaintiff's Complaint upon Defendant. 28 U.S.C. § §1446(b)(2)(B), (C).

4. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. This action includes claims under 42 U.S.C. § 1983 over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court in its entirety pursuant to 28 U.S.C. § 1441(c).

6. Written notice of the filing of this Notice of Removal will be provided to Plaintiff, together with a copy of the Notice of Removal and supporting papers. Pursuant to 28 U.S.C. § 1446(d), the same will be filed with the Superior Court of Henderson County, North Carolina. A copy of the Notice of Filing Notice of Removal is attached as **Exhibit B**.

7. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pleaded claims upon which relief can be granted, without admitting that Plaintiff has standing, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever.

WHEREFORE, Defendant prays that the above-captioned action now pending against it proceed in this Court as an action properly removed.

Respectfully submitted, this the 29th day of November, 2022.

**WOMBLE BOND DICKINSON (US) LLP**

s/*Sean F. Perrin*
Sean F. Perrin (NCSB No. 22253)
301 S. College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone No. (704) 331-4992
Fax No. (704) 338-7814
E-mail: Sean.Perrin@wbd-us.com

*Counsel for Defendant Lowell S. Griffin in his official capacity as Henderson County Sheriff*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing via the CM/ECF system and mailed a copy to:

Michael Bender
King Law Offices, PLLC
21 E. Mills Street
Columbus, NC 28722

*Counsel for Plaintiff*

This the 29th day of November, 2022.

s/ *Sean F. Perrin*