# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Ronald L. Patterson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:22-cv-00249-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Brent Nicholson | ) | |
| Lowell Griffin**,** | ) | |
| Defendants. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 17, 2023 Order.

May 3, 2023

_Frank G. John_

Frank G. Johns, Clerk
United States District Court